No. 71–1399. INTERSTATE COMMERCE COMMISSION v. GOLD KIST, INC., ET AL.;

No. 71–1404. REFRIGERATED TRANSPORT CO., INC. v. GOLD KIST, INC., ET AL.; and

No. 71–1407. AMERICAN TRUCKING ASSNS., INC. v. GOLD KIST, INC., ET AL. Affirmed on appeals from D. C. N. D. Ga. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would note probable jurisdiction and set cases for oral argument. Reported below: 339 F. Supp. 1249.

No. 71–1676. ARCHER ET AL. v. SMITH, GOVERNOR OF TEXAS, ET AL. Affirmed on appeal from D. C. W. D. Tex.

No. 71–1683. WASHINGTON STATE LABOR COUNCIL, AFL–CIO, ET AL. v. PRINCE ET AL. Affirmed on appeal from D. C. W. D. Wash.

No. 72–45. NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. v. NATIONAL ALLIANCE OF POSTAL & FEDERAL EMPLOYEES ET AL. Affirmed on appeal from D. C. D. C.

No. 71–1592. AUERBACH ET AL. v. MANDEL, GOVERNOR OF MARYLAND, ET AL. Appeal from D. C. Md. Renewed motion to expedite denied. Judgments affirmed.

No. 71–1664. ESSEX, SUPERINTENDENT OF PUBLIC INSTRUCTION, ET AL. v. WOLMAN ET AL. Affirmed on appeal from D. C. S. D. Ohio. MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 71–6791. BRISCOE v. KLEINDIENST, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. D. C. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.